**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

ROBERT M. BENNETT, JR.
PhD, LISW,

             **Plaintiff,**             **:**

                        **Case No. 2:26-cv-209**
      **v.**                  **Chief Judge Sarah D. Morrison**
                        **Magistrate Judge Kimberly A.**
                        **Jolson**

DOMINICK S. GERACE, II, *et*      **:**
*al.*,

             **Defendants.**

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation (R&R, ECF No. 2) recommending that the Court deny the Motion for Leave to Proceed *in Forma Pauperis* (Mot., ECF No. 1). Plaintiff Robert M. Bennett, Jr., PhD, LISW timely filed his objection to the R&R. (Obj., ECF No. 3.)

If a party objects within the allotted time to a report and recommendation, the Court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b). Upon review, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

In his Motion for Leave to Proceed *in Forma Pauperis*, Dr. Bennett represents that he makes $ 20.49 per hour working for Columbus City Schools and had adjusted gross income in excess of $ 60,000 in 2025. (Mot., PAGEID # 1.) He

further represents that he has $ 2,500 in cash and more than $ 215,000 in assets. (*Id.*, PAGEID # 2.) He does have $ 3,200 in monthly expenses and nearly $ 75,000 in outstanding student loans.[1]  (*Id.*)

The Magistrate Judge found that Dr. Bennett has not satisfied the standard for avoiding the filing fee, reasoning:

> While his monthly expenses outweigh his monthly income, Plaintiff represents that he currently has more than enough cash on hand or in an account to pay the one-time filing fee. Based on these representations, it does not appear that paying the fee would cause Plaintiff to be deprived of the necessities of life. *See* [*Adkins v. E.I. DuPont de Nemours & Co., Inc.*, 335 U.S. 331, 339 (1948)]; *see also Bush v. Ohio Dep't of Rehab. & Corr.*, No. 2:05-CV-0667, 2007 WL 4365381, at *1 (S.D. Ohio Dec. 10, 2007) [(Kemp, M.J.)] (noting that "[i]n forma pauperis status is usually reserved either for indigent prisoners or for persons . . . who would truly be required to forego food, shelter, clothing, or some other necessity were they to devote any of their scant resources to paying a judicial filing fee").

(R&R, PAGEID # 12.)

Dr. Bennett objects to the Magistrate Judge's conclusion, arguing that if he is required to pay the filing fee, he would have less cash available "to pay monthly expenses that already exceed his monthly income." (Obj, PAGEID # 14.) He further asserts that he "clearly document[ed] that payment of the filing fee 'would cause Plaintiff to be deprived of the necessities of life,' as plaintiff's monthly expenses outweigh his monthly income." (*Id.*)

Dr. Bennett's objection is not well-taken. This Court has "routinely denied *in forma pauperis* status to litigants who have significant income and assets such as a

---

[1] Although Dr. Bennett reports a $ 1,500 mortgage payment and $ 700 non-student loan payment, he does not quantify the corresponding debts in Section 8 (debt and financial obligations).

home and vehicles, even if it would require some financial sacrifice in order for the applicant to pay the filing fee." *Bush*, 2007 WL 4365381, at *1. Dr. Bennett "simply does not fall into th[e] category" of those indigent persons for whom *in forma pauperis* status is reserved. *Id.*

The Report and Recommendation (ECF No. 2) is **ADOPTED** and **AFFIRMED**. Dr. Bennett's Objection (ECF No. 3) is **OVERRULED** and his Motion for Leave to Proceed *in Forma Pauperis* (ECF No. 1) is **DENIED**.

Dr. Bennett is **ORDERED** to pay the Court's filing fee **within thirty days** of the date of this Order if he wishes to proceed in this action.

      **IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

3